UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: 3:14-cv-00517-EMC

HERITAGE PACIFIC FINANCIAL, LLC, et al.,

    Appellants,

vs.

JESUS EDGAR MONTANO,

    Appellee.
_____/

### ORDER GRANTING VOLUNTARY DISMISSAL OF APPEAL

On March 6, 2014, Appellants HERITAGE PACIFIC FINANCIAL, LLC, BENJAMIN GANTER, CHRISTOPHER GANTER, HP DEBT EXCHANGE, LLC, HP LOCATE, LLC, HERITAGE PACIFIC HOLDINGS, LLC, and HP LEGAL SERVICES, LLC, noticed the Court and all parties it was voluntarily dismissing their appeal.

The Court, having considered the Notice, the other pleadings and papers filed in this matter, and is otherwise fully advised in the premises, hereby orders as follows:

1. Case No. 3:14-cv-00517, Heritage Pacific Financial, LLC, et al., v. Jesus Edgar Montano, is dismissed upon the voluntary dismissal of Appellants pursuant to Federal Rule of Civil Procedure 41(a)(1).

DONE AND ORDERED in San Francisco, California, this __24th__ day of March 2014.

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



Copies furnished to:
Counsel of Record